UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER SHEA, Individually and For Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>CAFFE!CAFFE! RESTAURANT, INC.; AVENUE CAFFE, LLC, GERARD BECK AND LISA MARIE PATERNOSTRO BECK<br><br>   Defendants. | Case No.: 2:22-cv-00059<br><br>DISTRICT JUDGE<br>BARRY W. ASHE<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## JOINT MOTION TO APPROVE SETTLEMENT

**NOW INTO COURT,** through undersigned counsel, come Plaintiff, Christopher Shea, and Defendants, Caffe!Caffe! Restaurant, Inc., Avenue Caffe, LLC, Gerard Beck and Lisa Marie Paternostro Beck, who hereby represent to the Court that they have resolved the issues in this matter in their entirety and respectfully request that the Court approve the Confidential Settlement Agreement under the Fair Labor Standards Act, which is being submitted to the Court for *in camera* inspection.

The parties submit that the proposed settlement is a fair settlement of a bona fide FLSA dispute for the following reasons:

1. Although filed as a collective action, Plaintiff is the only plaintiff in the suit at this time as no other individuals joined as plaintiffs nor did Plaintiff file a Motion for Conditional Certification;

2. Defendants assert that Plaintiff was paid overtime in all workweeks in which he worked over forty hours for Caffe!Caffe! Restaurant, Inc.;

#100409440v1

3. Defendants assert that Plaintiff never worked more than forty hours in any workweek for Avenue Caffe, LLC;

4. Plaintiff's primary allegation is that he often performed services for Caffe!Caffe! Restaurant, Inc. and Avenue Caffe, LLC in the same workweek and that he was not paid overtime when his combined hours worked for both of these defendants exceeded forty;

5. Defendants deny that Caffe!Caffe! Restaurant, Inc. and Avenue Caffe, LLC are joint employers under the Fair Labor Standards Act and maintain that at all times these entities operated as separate entities in full compliance with applicable law;

6. Plaintiff is in possession of his paystubs during the three years prior to the filing of his Collective Action Complaint;

7. The parties engaged in arms-length negotiations in an effort to resolve this matter at an early stage before significant resources were expended.

**WHEREFORE**, the parties respectfully request that the Court grant this motion and approve the proposed settlement as set forth in the Confidential Settlement Agreement.

Respectfully submitted on May 31, 2022 by:

| | |
|---|---|
| */s/ Mary Bubbett Jackson* | */s/ Jennifer F. Kogos* |
| Jody Forrester Jackson ( LA # 28938) | Jennifer F. Kogos, T.A. (LA #25668) |
| Mary Bubbett Jackson (LA 29110) | Christopher Mann (LA #26397) |
| JACKSON+JACKSON | Jones Walker LLP |
| 201 St. Charles Avenue, Suite 2500 | 201 St. Charles Avenue, 47th Floor |
| New Orleans, LA 70170 | New Orleans, Louisiana 70170-5100 |
| Phone: (504) 599-5953 | Phone: (504) 582-8154 |
| Fax: (888) 988-6499 | Fax:   (504) 589-8154 |
| jjackson@jackson-law.net | Email: jkogos@joneswalker.com |
| mjackson@jackson-law.net |            cmann@joneswalker.com |
| **Counsel for Plaintiff Christopher Shea** | **Counsel for Defendants Caffe! Caffe! Restaurant, Inc., Avenue Caffe, LLC, Gerard Beck and Lisa Marie Paternostro Beck** |

#100437218V1