UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER SHEA                                    CIVIL ACTION

VERSUS                                              NO. 22-59

CAFFE! CAFFE! RESTAURANT,                           SECTION M (1)
INC., *et al.*

## ORDER

Considering the joint motion to approve settlement (R. Doc. 14),

IT IS ORDERED that the motion is GRANTED. The Court, upon review of the parties' motion, the settlement agreement, and the applicable law, finds the compromise to have fairly and reasonably settled a bona fide dispute. *See Martin v. Spring Break '83 Prods., L.L.C.*, 688 F.3d 247, 254-57 (5th Cir. 2012).

IT IS FURTHER ORDERED that the parties' confidential settlement agreement is approved and that, following the parties' compliance with the terms of the confidential settlement agreement, the parties shall file a joint motion to dismiss this action with prejudice. The attorneys for the parties shall retain custody of the confidential settlement agreement and all attachments thereto and the Court shall retain jurisdiction for all purposes, which includes its authority to address disputes between the parties regarding the confidential settlement agreement.

New Orleans, Louisiana, this 1st day of June, 2022.

                                                              BARRY W. ASHE
                                                              UNITED STATES DISTRICT JUDGE