UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER SHEA | CIVIL ACTION |
| VERSUS | NO. 22-59 |
| CAFFE! CAFFE! RESTAURANT, INC., *et al.* | SECTION M (1) |

## ORDER

Considering the joint motion to dismiss (R. Doc. 16),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that all claims asserted in the above-captioned matter are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 28th day of June, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE